UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA GREEN,

    Plaintiff,

                                  Case No.  14-14280

v.

                                  HONORABLE DENISE PAGE HOOD

NATIONWIDE ARBITRATION
SERVICES, LLC, et al.,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S
## MOTION TO OPEN DISCOVERY

On April 23, 2015, Plaintiff Cynthia Green filed a Motion to Open Discovery Pursuant to Rule 26(d)(1) of the Rules of Civil Procedure prior to the parties holding a Rule 26(f) conference.  The Court denies the motion since Plaintiff requested and received Clerk's Entries of Default as to all four Defendants in this action: Nationwide Arbitration Services, LLC, Cooper Financial, LLC, Mark Gray and Matthew Marcucci.  (Doc. Nos. 11, 12, 13, 14, 15)  Once a default has been entered by the Clerk under Rule 55(a), all of a Plaintiff's well-pleaded allegations are deemed admitted.  *American Auto. Ass'n v. Dickerson,* 995 F. Supp. 2d 753, 756 (6th Cir. 2015).  Since all well-pleaded allegations in Plaintiff's Complaint are deemed

admitted, there is nothing to discover at this juncture of the proceedings and Rule 26(d)(1) is not applicable.

Accordingly,

IT IS ORDERED that Plaintiff's Motion to Open Discovery Pursuant to Rule 26(d)(1) **(Doc. No. 16)** is DENIED.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: May 22, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 22, 2015, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager