UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA GREEN

                     Plaintiff,          Civil Action 14-14280
    v.                             Honorable Denise Page Hood
                                     Magistrate Judge David R. Grand

NATIONWIDE ARBITRATION SERVICES,
LLC, *et al*,

                     Defendants.
_____/

**REPORT AND RECOMMENDATION TO GRANT IN PART
AND DENY IN PART PLAINTIFF'S EMERGENCY MOTION
FOR SUPPLEMENTAL FEES AND COSTS [102, 125]**

## I.      RECOMMENDATION

Plaintiff Cynthia Green's ("Green") "Emergency Motion for Supplemental Fees and Costs" (**Doc. #102**) and "Supplement to Plaintiff's Emergency Motion for Supplemental Fees and Costs" (**Doc. #125**) have been referred to the undersigned for a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B).  (Docs. #103, #127).  In addition, Green filed a "Supplemental Brief in Support of Plaintiff's Requested Relief Regarding Matthew Marcucci's and Nationwide Arbitration Services, LLC['s] Failure to Show Cause" (**Doc. #126**).  In short, in these filings, Green requests that the Court (1) award her attorney's fees and costs she incurred in connection with her counsel's efforts to collect a prior judgment in this action, and (2) issue a writ of body attachment against defendant Matthew Marcucci ("Marcucci"), the President of defendant Nationwide Arbitration Services, LLC ("Nationwide"), and deem Marcucci's and Nationwide's assets as non-exempt in aid of judgment for violating this Court's September 22,

2017 Order to Appear and Show Cause (Doc. #123) (the "Show Cause Order"). Neither Marcucci nor Nationwide has responded to these filings by Green.

For the reasons set forth below, IT IS RECOMMENDED that the two motions referred to this Court (Docs. #102, 125) be GRANTED IN PART AND DENIED IN PART.

## II. REPORT

### A. Background

Green filed her complaint in this action against a handful of defendants, including Nationwide and Marcucci, on November 6, 2014 alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*., the Michigan Occupational Code, M.C.L. § 339.915 *et seq*., or, in the alternative, the Michigan Collection Practices Act, M.C.L. § 445.252 *et seq*. None of the named defendants timely appeared in the action, and, on November 30, 2015, Green obtained a default judgment against them in the amount of $105,000, plus $12,355.00 in attorney's fees, and $400.00 in costs. (Doc. #26). Green has since settled with two of the defendants that were subject to that judgment, Mark Gray ("Gray") and Cooper Financial, LLC ("Cooper") and those defendants have been dismissed from this action. (Docs. #119, #120, #121). The Satisfaction of Judgment states that Gray and Cooper have "satisfied the judgment as to themselves." (Doc. #119). It is therefore unclear to what extent the default judgment amount remains unsatisfied and still collectible against defendants Nationwide and Marcucci. Whatever that amount may be, Green has set out to collect it. Unfortunately, Green has not been successful.

On September 22, 2017, the Court issued the Show Cause Order as to why Marcucci and Nationwide should not be held in contempt for failing to comply with the Court's prior orders. (Doc. #123). On November 11, 2017, the Court held a hearing on that Order. Green appeared,

but Marcucci and Nationwide did not.  Green has now petitioned the Court for supplemental fees

and costs totaling $29,548.13 that she incurred in trying to collect the remaining judgment

against Marcucci and Nationwide.  (Doc. #125 at 4).  At the Show Cause hearing, Green also

requested the Court to issue further contempt sanctions against Marcucci and Nationwide.

Specifically, she requested that the Court issue a writ of body attachment against Marcucci and

declare his and Nationwide's assets to be non-exempt from collection.   Green filed a

supplemental brief regarding these forms of requested relief.  (Doc. #126).

### B.  Supplemental Fees and Costs

The Court will grant Green an appropriate portion of the supplemental costs and

attorney's fees she requests.  The FDCPA provides for a mandatory award of attorney's fees to a

prevailing consumer.  *Tolentino v. Friedman*, 46 F.3d 645, 651 (7th Cir.), *cert. denied*, 515 U.S.

1160 (1995); *Piples v. Credit Bureau of Lockport, Inc.*, 886 F.2d 22, 28 (2d Cir. 1989); *Graziano

v. Harrison*, 950 F.2d 107, 113 (3rd Cir. 1991) ("[A]ttorney's fees should not be construed as a

special or discretionary remedy; rather, the Act mandates an award of attorney's fees as a means

of fulfilling Congress's intent that the Act should be enforced by debtors acting as private

attorneys general").  *See also Dowling v. Litton Loan Servicing LP*, 320 F. App'x 442, 447 (6th

Cir. 2009) (upholding the award of attorney's fees for an FDCPA violation); *Lee v. Thomas &

Thomas*, 109 F.3d 305-307 (6th Cir. 1997) (discussing how much should be awarded in

attorney's fees under an FDCPA case).

In determining the amount of reasonable attorney's fees, courts use the "lodestar"

approach.  *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983); *see also United States v. Metro.

Health Corp.*, No. 02-485, 2005 WL 3434830, at *7 (W.D. Mich. Dec. 13, 2005) (applying the

lodestar approach in determining the reasonableness of an attorney's fee award in a civil

contempt case).  In making the "lodestar" calculation, "[t]he most useful starting point . . . is the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate." *Hensley*, 461 U.S. at 433-34.  "The party seeking an award of fees should submit evidence supporting the hours worked and rates claimed."  *Id.*  The Sixth Circuit has held that the court must look first to the attorney's ordinary rate to establish what is presumptively reasonable. *Wells v. New Cherokee Corp.*, 58 F.3d 233, 239 (6th Cir. 1995) (quoting *Northcross v. Bd. of Educ.*, 611 F.2d 625, 638 (6th Cir. 1979)).  Once the lodestar is calculated, the fee may be adjusted in consideration of a number of factors, including: (1) time and labor; (2) difficulty of the case; (3) skill necessary; (4) the extent the attorney is precluded from working on other matters; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) the time limitations; (8) the amount involved and results obtained; (9) the attorney's experience, reputation, and ability; (10) the undesirability of the case; (11) the nature and length of the attorney-client relationship; and (12) awards in similar cases.  *Hensley,* 461 U.S. at 430 n.3.

In total, Green asks for $29,548.13 in attorney's fees and costs.  (Doc. #125 at 4).  In her first motion for fees and costs, filed on June 12, 2017, and covering the period up to June 8, 2017, Green asked for $22,148.75 in attorney's fees for 95.05 billable hours, totaling an average rate of $233.02 per hour (Docs. #102 at 1; #125 at 3).  She also asked for $1,551.88 in non-taxable expenses.  (Docs. #102 at 1; #125 at 3).  In her supplement to the motion for fees, filed on November 11, 2017, Green updates her attorney's fees to include the period of June 9, 2017 to November 8, 2017, asking for an additional $5,847.50 for 20.10 hours that were expended after her initial motion was filed.  (Doc. #125 at 1).

The requested fees and costs are generally reasonable except that adjustments to the initial amounts requested – $22,148.75 in attorney's fees and $1,551.88 in non-taxable expenses

– must be made to reflect the fact that these are the amounts Green was seeking *before* she settled with Gray and Cooper, and many of the amounts relate specifically to those two defendants. It is not appropriate to allocate those amounts against Marcucci and Nationwide.

The non-taxable expenses are easiest to address because they are few in number and Green itemized them by defendant. (Docs. #102-6, #102-7). Of the $1,551.88, only $284 pertained to Marcucci and/or Nationwide. (*Id.*). An additional $303 appears evenly allocable between Gray and Marcucci. (*Id.*). All of the other charges pertained to Gray and Cooper. Thus, the initial request for non-taxable costs should be approved in the amount of $435.50 against Marcucci and Nationwide.

The Court now turns to Green's requests for fees. The rates and hours underlying the initial requested fee amount of $22,148.75 are reasonable[1], but as with the expenses, the amounts attributable solely to Gray and Cooper – $8,325 – must be excised from the total. (Docs. #102-4, #102-5, #102-6) (*see* Attachment A hereto ). Additionally, it is appropriate to excise 50% of the attorney fees not allocable to any one group of defendants – $5,068.13.[2] Thus, the total initial fees chargeable to Marcucci and Nationwide are $8,783.13 ($3,715.00 + $5,068.13).

In addition, Green seeks supplemental fees of $5,847.50. (Doc. #125). Again, the hours and rates are reasonable, but the initial three entries for which fees are sought – which total

---

[1] Green's initial motion for fees included a reduction in billable hours of 46.05 hours (Doc. #102 at 11). However, the amount requested contains hours attributable solely to Gray and Cooper, and it is improper to charge those to Marcucci and Nationwide. According to Green's motion, her counsel has a highly specialized practice in state consumer protection statutes. (Doc. #102 at 15). Green's counsel's fees range from $100-$125 per hour for a paralegal, $200-$250 per hour for an associate, and $450 per hour for a senior partner. (Doc. #102-22 at 1). These rates fall well within the median rates for consumer law attorneys in the Detroit area according to the 2015-2016 U.S. Consumer Law Attorney Fee Survey Report. (Doc. #102-19 at 33).

[2] $22,148.75-($8,297.50 + $3,715.00) = $5,068.13. *See* Attachment A.
2

$2,160 – pertain equally to both groups of defendants.  (Doc. #125-2).  Thus 50% of that amount, or $1,080.00, must be excised from the total sought.  This results in an award of supplemental fees of $4,767.50.

In sum, the Court should award costs of $435.50 and fees of $13,550.63 ($8,783.13 + $4,767.50) against Marcucci and Nationwide.

### C.  Other Relief Sought by Green

Marcucci has already been found in contempt.  (Doc. #126 at 3, 11).  Green now moves the Court to sanction Marcucci by issuing a writ of body attachment as well as declaring Marcucci and Nationwide's assets as non-exempt in aid of judgment.  (*Id.* at 20-21).  The Court will address these requests in turn.

In deciding whether to impose contempt sanctions, courts consider "the character and the magnitude of the harm threatened by any contumacy, as well as the probable effectiveness of any suggested sanction in bringing about the desired result."  *U.S. v. United Mine Workers*, 330 U.S. 258, 304 (1947).  Courts may issue a writ of body attachment after a party has failed to cure himself of his civil contempt.  *Williams v. Vandeviver*, No. 11-CV-15667, 2013 WL 6062383, at *1 (E.D. Mich. Nov. 18, 2013); *N.L.R.B. v. Sawulski*, 158 B.R. 971 (E.D. Mich. 1993); *Straight Creek Mining, Inc. v. N.L.R.B.*, No. 97-5677, 2001 WL 1262218, at *1 (6th Cir. May 11, 2001); *N.L.R.B. v. Kidd*, No. 86-6042, 1991 WL 345312, at *1 (6th Cir. Sept. 12, 1991*); N.L.R.B. v. Teamsters, Chauffeurs, Helpers & Taxicab Drivers, Local No. 327*, 592 F.2d 921 (6th Cir. 1979); *N.L.R.B. v. S. E. Nichols of Ohio, Inc.*, 592 F.2d 396 (6th Cir. 1979); *N.L.R.B. v. Rothkin*, No. 71-1221, 1975 WL 12053 (6th Cir. Sept. 9, 1975); *N.L.R.B. v. Interurban Gas Corp.*, 401 F.2d 745 (6th Cir. 1968).

Yet Marcucci's situation is unique.  He claims to have significant health issues and his

status as a homeless person is well-documented throughout the record.  (Docs. #88 at 1; #99 at 1; #108 at 3; #123 at 2).  Green neither challenged Marcucci's statements about these matters, nor showed them to be untrue.  Nor has Green demonstrated that Marcucci has any assets whatsoever.  Green does not address the practical ramifications of issuing a writ of body attachment for a party in Marcucci's situation.

Green does list several cases in which parties were found in contempt and issued writs of body attachment in response.  (Doc. #126 at 6-10).  But those cases differ from the case at hand in that, unlike Marcucci, the sanctioned party was easily located and had a home address.  For example, Green cites to *U.S. v. Hendrickson*, No. 06-11753, 2010 WL 2318770 (E.D. Mich. April 16, 2010), in which the court issues a writ of body attachment.  (Doc. #126 at 7).  But in that case, the defendant had an income of approximately $60,000, and presumably a permanent address.  *Hendrickson*, 2010 WL 2318770, at *1.  In fact, in none of the cases Green cites did the court opt to sanction a party who was in a circumstance similar to that of Marcucci.  (Doc. #126 at 7-17).  *See, e.g., In re Yehud-Monosson USA, Inc.*, 472 B.R. 868, 873 (D. Minn. 2013) (recounting the defendant's fairly regular communication with the court); *Edeh v. Carruther*, No. 10-2860, 2011 WL 4808194, at *1 (D. Minn. Sept. 20, 2011) (stating that the defendant was a lawyer with his own firm, which presumably had a permanent address associated with it).

While it is true that Marcucci violated this Court's Show Cause Order, at least on the record before it, a writ of body attachment is inappropriate at this time, and Green's request for that relief should be denied.  As noted above, the Court has awarded substantial fees and costs against Marcucci and Nationwide.  Given the circumstances, including that about half the fees Green sought from Marcucci and Nationwide were ones attributable directly to other defendants with whom she settled, this is an adequate sanction.  At any rate, it would not be prudent or an

efficient use of resources for the Court to enter a writ of body attachment as to Marcucci. Certainly, should Green be able to locate Marcucci and show that the circumstances are different than the present record suggests, she may renew her request at that time.

Green also asks that the Court deem the assets of Marcucci and Nationwide as non-exempt in aid of judgment.  (Doc. #126 at 21).  According to Rule 37(b):

> (A) For Not Obeying a Discovery Order.  If a party or a party's officer, director, or managing agent . . . fails to obey an order to provide or permit discovery, including an order under Rule 26(f), 35, or 37(a), the court where the action is pending may issue further just orders.  They may include the following:
>
> (i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims.
>
> (ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence . . . .

Fed. R. Civ. P. 37(b)(2)(A)(i-ii).  Declaring Marcucci and Nationwide's assets as non-exempt might be seen as designating a fact be taken as established under (i) or prohibiting Marcucci from opposing a designated claim under (ii).  Accordingly, under (i) or (ii), if a defendant fails to obey an order to provide or permit discovery, a court may declare that a defendant's assets are non-exempt in aid of judgment.

Again, while it is true that Marcucci has been found in contempt and the Court perhaps could sanction him by declaring his assets as non-exempt in aid of judgment, such a sanction is not appropriate at this time.  Green has not shown that Marcucci or Nationwide have any assets at all, let alone ones that might be appropriate for the requested designation.  The Court is loath to declare unknown assets, which may or may not exist, or which may or may not be subject to others' legal rights and interests, as non-exempt from collection.

Accordingly, to the extent Green requests an order declaring the (unspecified) assets of

Marcucci and/or Nationwide to be non-exempt from execution, that request should be denied.

## III.    CONCLUSION

For the foregoing reasons, **IT IS RECOMMENDED** that Green's "Emergency Motion for Supplemental Fees and Costs" (**Doc. #102**) and her "Supplement to Plaintiff's Emergency Motion for Supplemental Fees and Costs" (**Doc. #125**) be **GRANTED IN PART AND DENIED IN PART**; Green should be awarded costs of $435.50 and fees of $13,550.63 against Marcucci and Nationwide.  In all other respects her motions should be **DENIED**.


Dated: December 22, 2017                           s/David R. Grand
Ann Arbor, Michigan                                   DAVID R. GRAND
                                                             United States Magistrate Judge


## NOTICE REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of HHS*, 932 F.2d 505, 508 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).  The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation.  *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.  A party may Civ. P. 72(b)(2); 28 U.S.C. § 636(b)(1).  Any such response

should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 22, 2017.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager

# ATTACHMENT A

2:14-cv-14280-DPH-DRG   Doc # 102-4   Filed 06/12/17   Pg 1 of 8   Pg ID 513

**Green v Nationwide Arbitration Services, LLC, et. al.**
**Case Number: 2-14-cv-14280**
**Lyngklip & Associates Billing Records - ActionStep - July 31, 2015 - March 8, 2017**

| Assigned To | Task Name | Completed On | Actual Hrs | Billable Hrs | Billable | Non-Billable | Billing Hold | |
|---|---|---|---|---|---|---|---|---|
| Johnson, Kylie | Personal service of writs of garnishment on Key Bank and Citizens Bank. | 8-Mar-17 | 2.6 | 0.6 | $60.00 | - | | |
| Branco, Laura | Prepared certified mailer for State Farm and First National Bank of Omaha for service of writs of garnishments. Entered cost into actionstep and saved postage receipt to file. Personal service of JP Morgan Chase and Huntington National of writs of garnishment. | 8-Mar-17 | 1 | 1 | $125.00 | - | | |
| Johnson, Kylie | Certified mail service of Campus USA Credit Union; Third Federal Savings and Loan. | 8-Mar-17 | 0.8 | 0.5 | $50.00 | - | | |
| Bolos, Sylvia | Reviewed Trans Union Report for Mr. Marcucci to identify assets for collection. | 8-Mar-17 | 0.3 | 0.3 | $75.00 | - | | M |
| Bolos, Sylvia | Prepared writs of garnishment for service checklists. | 8-Mar-17 | 1 | - | | $250.00 | | |
| Branco, Laura | Reviewed docket hearing date for order to show cause. Reviewed conflicting calendar items and emailed Attorneys Bolos and Lyngklip to notify them of the conflicts and determine next steps. Copied and saved all ECF filings from March 2 to the current date. | 6-Mar-17 | 0.2 | 0.2 | $25.00 | - | | |
| Bolos, Sylvia | Prepared and filed with the Court a writ of garnishment for the assets of Mr. Gray. | 4-Mar-17 | 0.3 | 0.3 | $75.00 | - | | G |
| Bolos, Sylvia | Reviewed the Courts decision of Plaintiff's Motion to Show Cause. | 2-Mar-17 | 0.2 | 0.2 | $50.00 | - | | |
| Bolos, Sylvia | Reviewed discovery response from Chemical Bank. | 2-Mar-17 | 0.5 | 0.3 | $75.00 | - | | G |
| Bolos, Sylvia | Prepared subpoena to Fifth Third Bank regarding assets of Mr. Gray. | 2-Mar-17 | 0.5 | 0.3 | $75.00 | - | | G |
| Bolos, Sylvia | Received entered writs of garnishment from the Court and forwarded to Attorney Lyngklip for processing of disclosure fee checks to include in the service packets. | 1-Mar-17 | 0.2 | 0.1 | $25.00 | - | | |
| Bolos, Sylvia | Drafted and filed with the Court a writ of garnishment to Citizens Bank for Mr. Marcucci's assets. | 28-Feb-17 | 0.3 | 0.3 | $75.00 | - | | M |
| Bolos, Sylvia | Reviewed the Early Warnings Report for Mr. Marcucci to identify assets for collection. | 28-Feb-17 | 0.2 | 0.2 | $50.00 | - | | M |
| Branco, Laura | Processed all checklist for completed subpoena and integrated into clients file. Received, reviewed, and filed responses from third parties and drafted a cover letter to Attorney Glove copying him on those responses. | 28-Feb-17 | 0.6 | 0.5 | $62.50 | - | | |
| Bolos, Sylvia | Phone call with Discover Financial Services regarding writ of garnishment. | 28-Feb-17 | 0.1 | 0.1 | $25.00 | - | | |
| Bolos, Sylvia | Received entered writs of garnishment from the Court and forwarded to Attorney Lyngklip for processing of disclosure fee checks to include in the service packets. | 27-Feb-17 | 0.2 | 0.1 | $25.00 | - | | |
| Bolos, Sylvia | Exchanged emails with Attorney Scott Brady of Trans Union regarding Trans Unions objections to Plaintiff's subpoena for Mr. Marcucci's reports. | 27-Feb-17 | 0.1 | 0.1 | $25.00 | - | | M |
| Bolos, Sylvia | Phone call with the Legal Department of Chemical Bank regarding subpoena for production. | 27-Feb-17 | 0.1 | 0.1 | $25.00 | - | | G |
| Branco, Laura | Fax the Barclay and Third Federal Savings and loan letter requesting instructions on how to serve writ of garnishment. | 24-Feb-17 | 0.1 | 0.1 | $12.50 | - | | |
| Bolos, Sylvia | Reviewed the LexisNexis report for Mr. Marcucci to identify assets for collection. | 24-Feb-17 | 0.3 | 0.3 | $75.00 | - | | M |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by Key Bank and Northwest Savings Bank. | 24-Feb-17 | 0.5 | 0.3 | $75.00 | - | | G |
| Bolos, Sylvia | Reviewed status responses from Chemical Bank and Telecheck to Plaintiff's subpoena and followed up with both regarding anticipated date of production and to address their objections. | 24-Feb-17 | 0.2 | 0.2 | $50.00 | - | | G |
| Bolos, Sylvia | Phone call with the legal department of Early Warnings regarding their overdue respone to Plaintiff's subpoena. | 24-Feb-17 | 0.2 | 0.1 | $25.00 | - | | |
| Bolos, Sylvia | Emails exchanged with Attorney Scott Brady of Trans Union regarding Plaintiff's subpoena for Mr. Marcucci's records. | 24-Feb-17 | 0.1 | 0.1 | $25.00 | - | | M |
| Bolos, Sylvia | Reviewed the LexisNexis Report produced for Mr. Gray. | 24-Feb-17 | 0.2 | 0.2 | $50.00 | - | | G |

"G" = Gray/Cooper   (\$8,297.50)

"M" = Marcucci/Nationwide   (\$3,715.00)

2:14-cv-14280-DPH-DRG   Doc # 102-4   Filed 06/12/17   Pg 2 of 8   Pg ID 514

| Name | Description | Date | | | | | |
|---|---|---|---|---|---|---|---|
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by Fifth Third Bank. | 24-Feb-17 | 0.2 | 0.2 | $50.00 | - | - |
| Bolos, Sylvia | Reviewed the Trans Union report for Mr. Gray to identify assets for collection. | 24-Feb-17 | 0.3 | 0.2 | $50.00 | - | - |
| Bolos, Sylvia | Called Discovery Financial Services, General Electric Credit Union and Marlette Funding LLC to ascertain their preferred mode of service of writs of garnishment. | 24-Feb-17 | 0.2 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by Third Federal Savings. | 24-Feb-17 | 0.4 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by State Farm Bank. | 24-Feb-17 | 0.1 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by JPMorgan Chase Bank. | 24-Feb-17 | 0.1 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by First National Bank of Omaha. | 24-Feb-17 | 0.1 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by Campus USA Credit Union. | 24-Feb-17 | 0.2 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by Barclays Bank Delaware. | 24-Feb-17 | 0.1 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Researched Barclays Bank Delaware to determine if they maintain consumer deposit accounts for purposes of collection. | 24-Feb-17 | 0.5 | 0.3 | $75.00 | - | - |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by Huntington National Bank. | 24-Feb-17 | 0.1 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Reviewed Experian and Early Warnings reports of Mr. Gray to identify assets for collection. | 24-Feb-17 | 0.6 | 0.3 | $75.00 | - | - |
| Bolos, Sylvia | Received and reviewed subpoena responses from third parties, issued a copy to opposing counsel Attorney Glove and forwarded with completed checklists to Paralegal staff for processing. | 22-Feb-17 | 0.3 | 0.3 | $75.00 | - | - |
| Bolos, Sylvia | Received and approved invoice from Bienenstock court reporting services for the deposition of Attorney Glove and forwarded that  bill to Attorney Lyngklip for payment. | 21-Feb-17 | 0.1 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Emailed opposing counsel a copy of subpoena responses received to date. | 16-Feb-17 | 0.1 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Received and reviewed subpoena responses. | 16-Feb-17 | 0.2 | 0.2 | $50.00 | - | - |
| Branco, Laura | Received and reviewed all certified mailer return receipts and integrated them to the appropriate folders, updated checklists regarding receipt or non-receipt of responses, and scanned and filed accordingly. | 15-Feb-17 | 0.8 | 0.5 | $62.50 | - | - |
| Johnson, Kylie | Reviewed writs of garnishments issued to date and those that are still outstanding. | 14-Feb-17 | 0.5 | - | - | $50.00 | - |
| Bolos, Sylvia | Reviewed Experian report for Mr. Gray to identify assets for collection. | 13-Feb-17 | 0.2 | 0.2 | $50.00 | - | - |
| Branco, Laura | Prepared client mailer forwarding copies of subpoenas, and created subpoena folder, and marked calendar with the response due dates. | 3-Feb-17 | 0.3 | 0.2 | $25.00 | - | - |
| Bolos, Sylvia | Researched Mr. Grays property records and reviewed applicable case law for purposes of collection efforts in a foreign state. | 2-Feb-17 | 0.5 | 0.3 | $75.00 | - | - |
| Bolos, Sylvia | Drafted subpoenas to PNC and Chemical Bank. | 2-Feb-17 | 1 | 0.6 | $150.00 | - | - |
| Johnson, Kylie | Prepared writs of garnishment folders and tracking workbook. | 31-Jan-17 | 2.4 | 0.5 | $50.00 | - | - |
| Johnson, Kylie | Prepared subpoena folders and tracking workbook. | 30-Jan-17 | 3.3 | 0.5 | $50.00 | - | - |
| Bolos, Sylvia | Organized & filed all issued subpoenas to client file. | 31-Jan-17 | 0.5 | - | - | $125.00 | - |
| Bolos, Sylvia | Reviewed support staff work to the file to date. | 30-Jan-17 | 1 | - | - | $250.00 | - |
| Bolos, Sylvia | Received and reviewed writ of garnishment disclosure from Chemical Bank for compliance. | 30-Jan-17 | 0.1 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Received and reviewed writ of garnishment disclosure from PNC Bank for compliance. | 30-Jan-17 | 0.1 | 0.1 | $25.00 | - | - |

2:14-cv-14280-DPH-DRG   Doc # 102-4   Filed 06/12/17   Pg 3 of 8   Pg ID 515

| Name | Description | Date | | | Amount | | |
|---|---|---|---|---|---|---|---|
| Bolos, Sylvia | Drafted subpoenas to consumer reporting agencies for consumer reports of Mr. Gray and Mr. Marcucci. | 30-Jan-17 | 0.4 | 0.3 | $75.00 | - | |
| Bolos, Sylvia | Deposed Attorney Glove in aid of Judgment. | 30-Jan-17 | 0.8 | 0.8 | $200.00 | - | C |
| Bolos, Sylvia | Prepared for Attorney Glove Deposition. | 30-Jan-17 | 2 | 1.5 | $375.00 | - | C |
| Bolos, Sylvia | Drafted deposition outline for Attorney Glove Deposition. | 28-Jan-17 | 0.3 | 0.3 | $75.00 | - | C |
| Branco, Laura | Contacted court reporter regarding rate for deposition video-conferencing capabilities and ran systems capabilities test for video conferencing. | 27-Jan-17 | 0.2 | 0.2 | $25.00 | - | |
| Branco, Laura | Drafted a cover letter enclosing docket 59 and mailed to all Defendants and to Plaintiff. | 26-Jan-17 | 0.2 | 0.2 | $25.00 | - | |
| Bolos, Sylvia | Reviewed Judge's Order regarding Defendants Credit Reports. | 25-Jan-17 | 0.1 | 0.1 | $25.00 | - | |
| Branco, Laura | Reviewed with Attorney Lyngklip deposition recording capabilities in preparation for deposition of Attorney Glove. | 23-Jan-17 | 0.3 | 0.3 | $37.50 | - | C |
| Johnson, Kylie | Served writs of garnishment to Chemical Bank and PNC Bank. | 23-Jan-17 | 1.1 | 0.5 | $50.00 | - | C |
| Bolos, Sylvia | Prepared writs of garnishment service packets for Chemical Bank and PNC Bank. | 19-Jan-17 | 0.2 | 0.2 | $50.00 | - | C |
| Bolos, Sylvia | Phone call with Attorney Pecora to discuss filing a Judgment Lien on Ohio Property of Mr. Gray. | 11-Jan-17 | 0.1 | 0.1 | $25.00 | - | |
| Branco, Laura | Preparation of gray deposition folder with checklist. Save attorney Bolos's confirmation email with Mr. Glove. Print deposition notice, email Bienenstock the notice for scheduling and email attorney Bolos on whether or not to schedule videographer | 9-Jan-17 | 0.1 | 0.1 | $12.50 | - | C |
| Johnson, Kylie | Researched Ohio Property foreclosure procedures. | 6-Jan-17 | 1.5 | 1.5 | $150.00 | - | C |
| Branco, Laura | Prepared service packets for Attorney Glove, Mr. Marcucci, Nationwide and Plaintiff along with a certificate of service and made copies of the envelopes and postage and integrated into the file. | 7-Jan-17 | 0.6 | 0.3 | $37.50 | - | |
| Bolos, Sylvia | Emailed Attorney Tony Pecora a copy of the Clerk's Certificate of a Judgment to be Registered in Another District to further collection activities in Ohio form. | 7-Jan-17 | 0.1 | 0.1 | $25.00 | - | C |
| Bolos, Sylvia | Drafted the Clerk's Certificate of a Judgment to be Registered in Another District to file a judgment lien on the Ohio property of Mr. Gray. | 6-Jan-17 | 0.1 | 0.1 | $25.00 | - | C |
| Bolos, Sylvia | Emailed Attorney Glove a copy of Plaintiff's Motion to Show Cause. | 5-Jan-17 | 0.1 | 0.1 | $25.00 | - | C |
| Bolos, Sylvia | Reviewed Plaintiff's Motion to Show Cause for any necessary final edits and prepared the Index and filed the Motion. | 5-Jan-17 | 2 | 1.5 | $375.00 | - | |
| Bolos, Sylvia | Emailed Attorney Tony Pecora to discuss Ohio collection procedures with respect to property. | 5-Jan-17 | 0.1 | 0.1 | $25.00 | - | C |
| Bolos, Sylvia | Phone call with the Clerk regarding the procedure to record a foreign judgment in Ohio. | 5-Jan-17 | 0.1 | 0.1 | $25.00 | - | C |
| Bolos, Sylvia | Phone call with Attorney Tony Pecora to discuss pursuing a judgment lien on Mr. Gray's Ohio property. | 5-Jan-17 | 0.2 | 0.2 | $25.00 | - | C |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by PNC Bank. | 5-Jan-17 | 0.4 | 0.3 | $75.00 | - | C |
| Bolos, Sylvia | Phone call with legal department of PNC Bank regarding their preferred mode of service of process of a writ of garnishment. | 5-Jan-17 | 0.1 | 0.1 | $25.00 | - | C |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by Chemical Bank. | 5-Jan-17 | 0.4 | 0.3 | $75.00 | - | C |
| Bolos, Sylvia | Phone call with legal department of Chemical Bank regarding their preferred mode of service of process of a writ of garnishment. | 5-Jan-17 | 0.1 | 0.1 | $25.00 | - | C |
| Bolos, Sylvia | Reviewed private investigators report of Mr. Gray to identify and locate assets in aid of judgment. | 5-Jan-17 | 0.2 | 0.2 | $50.00 | - | C |
| Bolos, Sylvia | Reviewed Property Records of Mr. Gray in Ohio and drafted a Notice of Judgment lien to be filed. | 4-Jan-17 | 1 | 0.7 | $175.00 | - | C |
| Branco, Laura | Phone call with Sunshine investigations concerning asset and background search of Mr. Gray and Mr. Marcucci. | 3-Jan-17 | 0.1 | 0.1 | $12.50 | - | |

2:14-cv-14280-DPH-DRG   Doc # 102-4   Filed 06/12/17   Pg 4 of 8   Pg ID 516

| Name | Description | Date | | | Amount | | |
|---|---|---|---|---|---|---|---|
| Lyngklip, Ian | Conference with Attorney Bolos regarding likelihood of collection of Mr. Gray's assets. | 4-Jan-17 | 0.2 | 0.1 | $45.00 | - | - |
| Bolos, Sylvia | Received and reviewed Sunshine Investigations report of Mr. Gray and Mr. Marcucci. | 4-Jan-17 | 0.1 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Drafted and filed with the Court Plaintiff's Request for Clerk's Entry of Default of Attorney Glove for failing to respond to Plaintiff's writs of garnishment. | 4-Jan-17 | 0.5 | 0.3 | $75.00 | - | - |
| Branco, Laura | Data enter Glove's contact information into HotDocs and create party sheet. Download USPS tracking information on certified mailers ending in 0363 and 8605. | 29-Dec-16 | 0.1 | 0.1 | $12.50 | - | - |
| Bolos, Sylvia | Reviewed Bank of America Garnishee Disclosure regarding the assets of Mr. Gray. | 29-Dec-16 | 0.1 | 0.1 | $25.00 | - | - |
| Branco, Laura | Preparation of deposition binder for Rodney Glove. Verify deposition on attorney and paralegal calendar, and verify scheduled court reporter. Complete checklist and forward to attorney Bolos. | 28-Dec-16 | 0.1 | 0.1 | $12.50 | - | - |
| Branco, Laura | Emailed Attorney Bolos follow up questions regarding the asset search quote she requested from Sunshine Investigations for the Defendants' assets. | 28-Dec-16 | 0.2 | 0.2 | $25.00 | - | - |
| Bolos, Sylvia | Noticed Deposition of Attorney Glove. | 20-Dec-16 | 0.2 | 0.2 | $50.00 | - | - |
| Bolos, Sylvia | Revised Plaintiff's Motion to Show Cause exhibits & index. | 20-Dec-16 | 0.5 | 0.3 | $75.00 | - | - |
| Bolos, Sylvia | Prepared Plaintiff's Motion to Show Cause exhibits & index. | 20-Dec-16 | 1.5 | 1.5 | $375.00 | - | - |
| Bolos, Sylvia | Drafted Plaintiff's Motion to Show Cause. | 20-Dec-16 | 1 | 1 | $250.00 | - | - |
| Branco, Laura | Phone call with Spy Spot investigator for a quote on asset searches both locally and nationally. | 19-Dec-16 | 0.1 | 0.1 | $12.50 | - | - |
| Bolos, Sylvia | Phone call from Bank of America regarding Writ of Garnishment for Mr. Gray. | 19-Dec-16 | 0.2 | 0.2 | $50.00 | - | - |
| Bolos, Sylvia | Prepared deposition notice of Attorney Glove draft. | 19-Dec-16 | 0.2 | 0.2 | $50.00 | - | - |
| Branco, Laura | Requested a quote of background searches and asset searches from Spy Spot Investigations and from Sunshine Investigations. | 7-Dec-16 | 0.4 | 0.3 | $37.50 | - | - |
| Johnson, Kylie | Certified mail service of writs of garnishment to Attorney Glove. | 12-Dec-16 | 0.9 | 0.1 | $10.00 | - | - |
| Bolos, Sylvia | Prepared service packets for the writ of garnishments to Attorney Glove entered by the Court for Cooper Financial. | 12-Dec-16 | 0.3 | 0.1 | $25.00 | - | - |
| Bolos, Sylvia | Prepared service packets for the writ of garnishments to Attorney Glove entered by the Court for Mr. Gray. | 10-Dec-16 | 0.3 | 0.3 | $75.00 | - | - |
| Bolos, Sylvia | Prepared deposition notices for Mr. Marcucci and Nationwide. | 8-Dec-16 | 0.7 | 0.7 | $175.00 | - | - |
| Bolos, Sylvia | Prepared deposition notice for Mr. Gray and Cooper Financial. | 8-Dec-16 | 0.6 | 0.4 | $100.00 | - | - |
| Bolos, Sylvia | Prepared service packets for the writs of garnishments to Bank of America entered by the Court. | 8-Dec-16 | 0.2 | 0.2 | $50.00 | - | - |
| Bolos, Sylvia | Reviewed file and garnishments issued to date and identified those which still needed to be issued. | 5-Dec-16 | 0.2 | 0.2 | $40.00 | - | - |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray and Cooper Financial LLC held by Attorney Glove. | 5-Dec-16 | 0.4 | 0.4 | $100.00 | - | - |
| Lyngklip, Ian | Revised Plaintiff's Motion for the Credit Reports of Mr. Gray and Mr. Marcucci. | 5-Dec-16 | 1.5 | 1 | $450.00 | - | - |
| Bolos, Sylvia | Drafted and filed with the Court writs of garnishment for the assets of Mr. Gray held by Bank of America. | 3-Dec-16 | 0.5 | 0.3 | $75.00 | - | - |
| Bolos, Sylvia | Research, Background and Facts for Info to provide to investigator to find Mark Wendell Gray and Matthew J Marcucci. | 3-Dec-16 | 0.4 | 0.4 | $80.00 | - | - |
| Johnson, Kylie | Reviewed cost and billing tab to date to ensure all expenses were captured. | 1-Dec-16 | 0.3 | 0.3 | $30.00 | - | - |
| Bolos, Sylvia | Drafted Plaintiff's Motion for Credit Reports and an Injunction of all Asset Transfers. | 1-Dec-16 | 0.2 | 0.2 | $40.00 | - | - |
| Bolos, Sylvia | Prepared Second Demand Payment letters to the attention of Attorney Glove and to the remaining defendants. | 1-Dec-16 | 0.6 | 0.3 | $60.00 | - | - |
| Bolos, Sylvia | Finalized and forwarded for service Attorney Glove's notice of deposition and drafted a cover letter to accompany a copy of it to the Plaintiff. | 1-Dec-16 | 0.5 | 0.3 | $60.00 | - | - |
| Lyngklip, Ian | Reviewed Attorney Glove's notice of deposition and forwarded to Attorney Bolos for revisions. | 1-Dec-16 | 0.2 | 0.2 | $90.00 | - | - |

2:14-cv-14280-DPH-DRG   Doc # 102-4   Filed 06/12/17   Pg 5 of 8   Pg ID 517

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bolos, Sylvia | Reviewed and revised Attorney Glove's notice of deposition. | 30-Nov-16 | 0.3 | 0.3 | $60.00 | - | - | G |
| Bolos, Sylvia | Preparation copies of discovery requests per Plaintiff's second Motion to Compel and mailed to defendants. | 30-Nov-16 | 0.3 | 0.3 | $60.00 | - | - | G |
| Bolos, Sylvia | Drafted Attorney Glove's notice of deposition. | 30-Nov-16 | 1 | 0.7 | $140.00 | - | - | G |
| Bolos, Sylvia | Mailed copies to Mr. Marcucci and Nationwide the entered Court Order requiring Defendants cooperation in post-judgment discovery. | 29-Nov-16 | 0.2 | 0.2 | $40.00 | - | - | M |
| Bolos, Sylvia | Reviewed the Court's Order in response to Plaintiff's Second Motion to Compel. | 29-Nov-16 | 0.1 | 0.1 | $20.00 | - | - | |
| Bolos, Sylvia | Mailed a copy of the Court's Order in response to Plaintiff's Second Motion to Compel to Attorney Glove for Mr. Gray and Cooper Financial. | 29-Nov-16 | 0.2 | 0.2 | $40.00 | - | - | G |
| Bolos, Sylvia | Reviewed corporate filings of Cooper Financial filed with the State of Ohio. | 28-Nov-16 | 0.5 | 0.5 | $100.00 | - | - | |
| Bolos, Sylvia | CM/ECF Filing - Edited Proposed Order and filed.Revised proposed order in relation to Plaintiff's Second Motion to Compel. | 28-Nov-16 | 0.2 | 0.1 | $20.00 | - | - | |
| Bolos, Sylvia | Reviewd proposed order in relation to Plaintiff's Second Motion to Compel for accuracy before filing. | 28-Nov-16 | 0.5 | 0.3 | $60.00 | - | - | |
| Bolos, Sylvia | Conference with Attorney Lyngklip to determine next steps in collection matrix. | 23-Nov-16 | 0.3 | 0.1 | $20.00 | - | - | |
| Bolos, Sylvia | Drafted proposed order in relation to Plaintiff's Second Motion to Compel. | 21-Nov-16 | 0.3 | 0.3 | $60.00 | - | - | |
| Bolos, Sylvia | Reviewed litigation file and collection file in preparation for Hearing regarding Plaintiff's Second Motion to Compel. | 21-Nov-16 | 0.2 | 0.2 | $40.00 | - | - | |
| Bolos, Sylvia | Prepared materials that will likely be responsive to Hearing regarding Plaintiff's Second Motion to Compel. | 17-Nov-16 | 0.1 | 0.1 | $20.00 | - | - | |
| Bolos, Sylvia | Emailed Case Manager Eddrey Butts regarding telephonic Hearing regarding Plaintiff's Second Motion to Compel. | 15-Nov-16 | 0.1 | 0.1 | $20.00 | - | - | |
| Bolos, Sylvia | Reviewed Docket 40 and prepared gray file for Hearing regarding Plaintiff's Second Motion to Compel, marked calendar, updated MindMap. | 9-Nov-16 | 0.3 | 0.1 | $20.00 | - | - | |
| Lyngklip, Ian | Revised Plaintiff's Second Motion to Compel. | 6-Oct-16 | 0.7 | 0.5 | $225.00 | - | - | |
| Bolos, Sylvia | Drafted Plaintiff's Second Motion to Compel. | 5-Oct-16 | 0.5 | 0.5 | $100.00 | - | - | |
| Bolos, Sylvia | Called Case Manager Eddrey Butts regarding Docket 34 and the issue with  a vague deadline for compliance. | 22-Sep-16 | 0.3 | 0.1 | $20.00 | - | - | |
| Bolos, Sylvia | Reviewed the status of the garnishment filed with the Court to Bank of America for assets of Mr. Gray. | 21-Sep-16 | 0.5 | 0.3 | $60.00 | - | - | G |
| Bolos, Sylvia | Reviewed collection progress to date, devised a collection plan outlining necessary subpoenas, necessary depositions and identifying possible third parties for writs of garnishment. | 16-Sep-16 | 1 | 0.6 | $120.00 | - | - | |
| Bolos, Sylvia | Reviewed the docket to date to determine post-judgment discovery mechanisms completed, outstanding, and still in need of issuance. | 14-Sep-16 | 0.5 | 0.5 | $100.00 | - | - | |
| Bolos, Sylvia | Phone call with LaShawn of Judge Hood's chambers regarding the appropriate procedures to withdraw Attorney Bonvolanta. | 13-Sep-16 | 0.5 | 0.2 | $40.00 | - | - | |
| Bolos, Sylvia | Reviewed the Litigation MindMap to date and prepared a Collection MindMap. | 31-Aug-16 | 0.2 | 0.1 | $20.00 | - | - | |
| Bolos, Sylvia | Drafted a summary of the case progress to date and created a timeline of the events to come. | 31-Aug-16 | 0.4 | 0.3 | $60.00 | - | - | |
| Bolos, Sylvia | Reviewed the Court Order granting Plaintiff's Post Judgment Discovery. | 25-Aug-16 | 0.1 | 0.1 | $20.00 | - | - | |
| Lyngklip, Ian | Drafted and filed a supplemental brief to Judge Grand in relation to Plaintiff's Motion to Compel Post-Judgment Discovery. | 24-Aug-16 | 1 | 1 | $450.00 | | | |
| Bolos, Sylvia | Reviewed Plaintiff's Motion to Compel Post-Judgment Discovery to inform the Supplemental Brief. | 24-Aug-16 | 0.5 | 0.3 | $60.00 | | | |
| Bolos, Sylvia | Research, Background and Facts underlying Plaintiff's Motion to Compel Post-Judgment Discovery. | 12-Aug-16 | 1 | 1 | $200.00 | - | - | |

2:14-cv-14280-DPH-DRG   Doc # 102-4   Filed 06/12/17   Pg 6 of 8   Pg ID 518

| Name | Description | Date | | | Amount | | |
|---|---|---|---|---|---|---|---|
| Bolos, Sylvia | Conference call with the Court re regarding Plaintiff's Motion to Compel Post-Judgment Discovery. | 17-Aug-16 | 0.3 | 0.3 | $60.00 | | - |
| Bolos, Sylvia | Reviewed Plaintiff's Motion to Compel Post-Judgment Discovery in support of Plaintiff's Supplemental Brief. | 19-Aug-16 | 2.1 | 1.5 | $300.00 | | - |
| Branco, Laura | Prepared Judge's copy of Plaintiff's Motion to Compel, copy to Glove and copy to Marcucci and clerk of the court. Create cd-roms and cover letters. | 12-Jul-16 | 1.5 | 0.5 | $62.50 | | - |
| Schwartz, Carl | Filed Plaintiff's Motion to Compel Post-Judgment Discovery. | 11-Jul-16 | 0.1 | 0.1 | $25.00 | | - |
| Branco, Laura | Phone call to judge's chamber to inquire about judge's copy of Motion to Compel with several exhibits. | 8-Jul-16 | 0.1 | 0.1 | $12.50 | | - |
| Schwartz, Carl | Reviewed Plaintiff's Motion to Compel Post-Judgment Discovery to ensure its conformity with Court Rules. | 8-Jul-16 | 0.5 | | | $50.00 | - |
| Schwartz, Carl | Reviewed exhibits to Plaintiff's Motion to Compel Post-Judgment Discovery. | 8-Jul-16 | | - | - | | - |
| Branco, Laura | Created cd with recording, label and ECF filing exhibit label. | 8-Jul-16 | 0.3 | 0.1 | $12.50 | | - |
| Schwartz, Carl | Revised Plaintiff's Motion to Compel Post-Judgment Discovery. | 7-Jul-16 | 1.8 | 1 | $250.00 | | - |
| Schwartz, Carl | Revised exhibits to Plaintiff's Motion to Compel Post-Judgment Discovery. | 7-Jul-16 | 0.6 | 0.6 | $150.00 | | - |
| Schwartz, Carl | Revised Plaintiff's Motion to Compel Post-Judgment Discovery. | 7-Jul-16 | 2.4 | 2 | $500.00 | | - |
| Schwartz, Carl | Prepared exhibits and Index to Plaintiff's Motion to Compel Post-Judgment Discovery. | 24-Jun-16 | 1.7 | 1 | $250.00 | | - |
| Schwartz, Carl | Drafted Plaintiff's Motion to Compel Post-Judgment Discovery. | 24-Jun-16 | 1.5 | 1.5 | $375.00 | | - |
| Schwartz, Carl | Received and reviewed transcript from Mr. Gray's deposition. | 13-Apr-16 | 0.1 | 0.1 | $25.00 | | - |
| Branco, Laura | Reviewed and scanned invoices and copies of payment and stored in file and mailed. | 11-Apr-16 | 0.1 | 0.1 | $12.50 | | - |
| Branco, Laura | Called Bienenstock to order a Court Report for the Nationwide deposition. | 8-Apr-16 | 0.1 | 0.1 | $12.50 | | - |
| Schwartz, Carl | Reviewed transcript from Mr. Marcucci's deposition. | 7-Apr-16 | 0.1 | | | $10.00 | - |
| Schwartz, Carl | Received and reviewed transcript from Mr. Marcucci's deposition. | 6-Apr-16 | | - | - | | - |
| Schwartz, Carl | Received, reviewed and approved invoices for court reporting services attendant to defendants depositions. | 7-Apr-16 | 0.1 | 0.1 | $25.00 | | - |
| Branco, Laura | Researched property records for addresses listed in email from attorney Schwartz, ordered transcripts of depositions, docketed due dates and emailed Attorney Schwartz a status. | 4-Apr-16 | 0.2 | 0.2 | $25.00 | | - |
| Schwartz, Carl | Deposition of Mr. Marcucci (did not appear). | 31-Mar-16 | 0.1 | 0.1 | $25.00 | | - |
| Schwartz, Carl | Received and reviewed voice mail message from Mr. Marcucci. | 29-Mar-16 | 0.1 | 0.1 | $25.00 | | - |
| Schwartz, Carl | Deposition of Mr. Gray (did not appear). | 30-Mar-16 | 0.1 | 0.1 | $25.00 | | - |
| Schwartz, Carl | Phone call to Plaintiff regarding progress to date and path forward. | 10-Mar-16 | 0.1 | 0.1 | $25.00 | | - |
| Branco, Laura | Sent deposition notices to Bienenstock court reporter and docketed on attorney and paralegal calendars. | 10-Mar-16 | 0.1 | 0.1 | $12.50 | | - |
| Schwartz, Carl | Reviewing, signing, scanning and mailing of postjudgment discovery requests to Rodney Glove (Gray and Cooper) and Matthew Marcucci (Marcucci and Nationwide) | 9-Mar-16 | 0.5 | 0.3 | $75.00 | | - |
| Schwartz, Carl | Finalized Post-Judgment Discovery to Mr. Gray and Cooper Financial. | 9-Mar-16 | 1.3 | 1 | $250.00 | | - |
| Schwartz, Carl | Finalized Post-Judgment Discovery to Mr. Marcucci and Nationwide. | 9-Mar-16 | 1.7 | 1.5 | $375.00 | | - |
| Lyngklip, Ian | Revised Post-Judgment discovery requests to Mr. Gray and Cooper Financial. | 5-Mar-16 | 1.5 | 1.5 | $675.00 | | - |
| Schwartz, Carl | Revised Post-Judgment discovery requests to Mr. Marcucci and Nationwide. | 3-Mar-16 | 2.2 | 2 | $500.00 | | - |
| Schwartz, Carl | Revised Post-Judgment discovery requests to Mr. Gray and Cooper Financial. | 3-Mar-16 | 1.8 | 1.5 | $375.00 | | - |
| Schwartz, Carl | Reviewed litigation file in preparation for issuing post-judgment discovery requests. | 3-Mar-16 | 1.7 | 1.5 | $375.00 | | - |
| Schwartz, Carl | Revised Post-Judgment discovery requests to Mr. Marcucci and Nationwide. | 2-Mar-16 | 0.6 | 0.5 | $125.00 | | - |
| Schwartz, Carl | Revised Post-Judgment discovery requests to Mr. Gray and Cooper Financial. | 2-Mar-16 | 1.9 | 1.5 | $375.00 | | - |
| Schwartz, Carl | Reviewed litigation file in preparation for issuing post-judgment discovery requests. | 1-Mar-16 | 0.8 | 0.8 | $200.00 | | - |
| Schwartz, Carl | Revised Post-Judgment discovery requests to Mr. Marcucci and Nationwide. | 1-Mar-16 | 0.6 | 0.6 | $150.00 | | - |
| Schwartz, Carl | Revised Post-Judgment discovery requests to Mr. Gray and Cooper Financial. | 1-Mar-16 | 0.9 | 0.9 | $225.00 | | - |

2:14-cv-14280-DPH-DRG   Doc # 102-4   Filed 06/12/17   Pg 7 of 8   Pg ID 519

| Name | Description | Date | | | | | |
|---|---|---|---|---|---|---|---|
| Schwartz, Carl | Revised Post-Judgment discovery requests to Mr. Marcucci and Nationwide. | 16-Feb-16 | 0.7 | 0.5 | $125.00 | - | - |
| Schwartz, Carl | Revised Post-Judgment discovery requests to Mr. Gray and Cooper Financial. | 16-Feb-16 | 1.6 | 1.5 | $375.00 | - | - |
| Schwartz, Carl | Drafted Post-Judgment discovery requests to Nationwide. | 15-Feb-16 | 0.6 | 0.6 | $150.00 | - | - |
| Schwartz, Carl | Drafted Post-Judgment discovery requests to Mr. Marcucci. | 15-Feb-16 | 0.6 | 0.6 | $150.00 | - | - |
| Schwartz, Carl | Drafted Post-Judgment discovery requests to Cooper Financial. | 15-Feb-16 | 0.4 | 0.4 | $100.00 | - | - |
| Schwartz, Carl | Drafted Post-Judgment discovery requests to Mr. Gray. | 15-Feb-16 | 0.9 | 0.9 | $225.00 | - | - |
| Schwartz, Carl | Phone call to Attorney Glove regarding Mr. Gray and Cooper Financial. | 29-Jan-16 | 0.1 | 0.1 | $25.00 | - | - |
| Schwartz, Carl | Conference with paralegal staff regarding next steps. | 8-Jan-16 | 0.1 | 0.1 | $25.00 | - | - |
| Schwartz, Carl | Updated MindMap and revised case plan moving forward. | 5-Jan-16 | 0.2 | 0.1 | $25.00 | - | - |
| Schwartz, Carl | Drafted a letter to Attorney Glove regarding the default judgment, compiled enclosures, and scanned and mailed to Attorney Glove. | 4-Jan-16 | 0.4 | 0.3 | $75.00 | - | - |
| Schwartz, Carl | Phone call with Plaintiff regarding case progress to date. | 4-Jan-16 | 0.1 | 0.1 | $25.00 | - | - |
| Schwartz, Carl | Received and reviewed voice mail message from Plaintiff. | 4-Jan-16 | 0.1 | - | - | $25.00 | - |
| Schwartz, Carl | Matter related research regarding serving requests for default and default judgments upon defendants. | 30-Dec-15 | 1.1 | 1 | $250.00 | - | - |
| Schwartz, Carl | Conference with Attorney Lyngklip and Bonvolanta regarding judgment collection progress. | 30-Dec-15 | 0.2 | 0.1 | $25.00 | - | - |
| Schwartz, Carl | Conducted research about Mr. Gray and Cooper Financial for collection purposes. | 30-Dec-15 | 3.3 | 2.5 | $625.00 | - | - |
| Schwartz, Carl | Conference with Attorney Lyngklip regarding judgment collection activities. | 30-Dec-15 | 0.2 | 0.1 | $25.00 | - | - |
| Bonvolanta, Michael | Researched property records to identify assets to be secured by lien in aid of judgment. | 30-Dec-15 | 1.4 | 1 | $200.00 | - | - |
| Branco, Laura | Emailed Plaintiff copies of the Default Judgment and Order. | 30-Dec-15 | 0.1 | 0.1 | $12.50 | - | - |
| Bonvolanta, Michael | Drafted and filed an appearance. | 1-Dec-15 | 0.3 | 0.1 | $20.00 | - | - |
| Schwartz, Carl | Received and reviewed the notice of appearance to be filed by Attorney Bonvolanta. | 1-Dec-15 | 0.1 | 0.1 | $25.00 | - | - |
| Schwartz, Carl | Phone call with Plaintiff regarding case progress to date. | 30-Nov-15 | 0.2 | 0.1 | $25.00 | - | - |
| Schwartz, Carl | Received and reviewed voice mail message from Plaintiff. | 30-Nov-15 | 0.1 | - | - | $25.00 | - |
| Schwartz, Carl | Received and reviewed the Courts Order of Default Judgment. | 30-Nov-15 | 0.1 | 0.1 | $25.00 | - | - |
| Schwartz, Carl | Received and reviewed the entered Default Judgment with attorneys fees. | 30-Nov-15 | 0.2 | 0.1 | $25.00 | - | - |
| Schwartz, Carl | Received and reviewed Attorney Longendyke's notice of withdrawal. | 5-Nov-15 | 0.1 | 0.1 | $25.00 | - | - |
| Longendyke, Amanda | Proposed Order granting Motion for Withdrawal of Appearance; received attorney's copy (no opposing counsel to forward to). | 30-Oct-15 | 0.1 | 0.1 | $20.00 | - | - |
| Longendyke, Amanda | Filed with the Court a Proposed Order Granting Withdrawal of Appearance. | 30-Oct-15 | 0.2 | 0.1 | $20.00 | - | - |
| Longendyke, Amanda | Phone call with the case manager to Judge Hood regarding the status on review of Motion for Withdrawal of Appearance. | 30-Oct-15 | 0.1 | 0.1 | $20.00 | - | - |
| Schwartz, Carl | Received and reviewed Attorney's draft notice of withdrawal. | 27-Oct-15 | 0.1 | - | - | $25.00 | - |
| Longendyke, Amanda | Drafted a Withdrawal of attorney for Attorney Longendyke. | 26-Oct-15 | 0.2 | 0.1 | $20.00 | - | - |
| Longendyke, Amanda | Researched and reviewed Attorney Glove's association with debt collection and harassment. | 9-Sep-15 | 0.5 | 0.5 | $100.00 | - | - |
| Longendyke, Amanda | Phone call to Attorney Glove in response to his call about the matter to date. | 9-Sep-15 | 0.1 | 0.1 | $20.00 | - | - |
| Longendyke, Amanda | Received and reviewed Order referring motion for attorneys fees to Magistrate Judge Grand. | 31-Aug-15 | 0.1 | 0.1 | $20.00 | - | - |
| Schwartz, Carl | Received and reviewed Order referring motion for attorneys fees to Magistrate Judge Grand. | 28-Aug-15 | 0.1 | 0.1 | $25.00 | - | - |
| Longendyke, Amanda | Received and reviewed voicemail from Attorney Glove, counsel for Cooper Financial and Mark Gray. | 27-Aug-15 | 0.1 | 0.1 | $20.00 | - | - |
| Storoshchuk, Natalka | Created and mailed Judge's courtesy copy of docket 21. Mailed unrepresented parties (Cooper Financial, Mathew Marcucci, Mark Gray, and Nationwide Arbitrators) copy of docket 21. | 17-Aug-15 | 0.9 | - | - | $90.00 | - |
| Longendyke, Amanda | Forward and assign: Service of Judge's Courtesy Copy, as well as service to all 4 Defendants | 17-Aug-15 | 0.2 | - | - | $40.00 | - |
| Longendyke, Amanda | Filed Plaintiff's Motion for Attorneys' Fees and all Exhibits. | 17-Aug-15 | 0.2 | - | - | $40.00 | - |
| Longendyke, Amanda | Reviewed and incorporated Attorney Lyngklip's revisions to Plaintiff's Motion for fees. | 14-Aug-15 | 0.2 | - | - | $40.00 | - |

2:14-cv-14280-DPH-DRG   Doc # 102-4   Filed 06/12/17   Pg 8 of 8   Pg ID 520

| Name | Description | Date | | | | | |
|------|-------------|------|---|---|---|---|---|
| Longendyke, Amanda | Drafted additional section regarding service for inclusion in Fee Petition and forwarded to Attorney Lyngklip for final review. | 10-Aug-15 | 0.5 | - | - | $100.00 | - |
| Longendyke, Amanda | Revised Plaintiff's Motion for Attorney's Fees, and drafted a Declaration of Counsel. | 6-Aug-15 | 1.2 | - | - | $240.00 | - |
| Longendyke, Amanda | Phone call with Attorney Rogers regarding Cooper Financial and Mr. Gray. | 6-Aug-15 | 0.2 | 0.2 | $40.00 | - | - |
| Lyngklip, Ian | Revised Plaintiff's Motion for Attorney's fees. | 6-Aug-15 | 0.3 | - | - | $135.00 | - |
| Longendyke, Amanda | Prepared exhibits to Plaintiff's Motion for Attorney's fees. | 5-Aug-15 | 0.2 | - | - | $40.00 | - |
| Longendyke, Amanda | Drafted Plaintiff's Motion for Attorneys Fees and the Index and spreadsheet of billables. | 5-Aug-15 | 2.6 | - | - | $520.00 | - |
| Longendyke, Amanda | Reviewed matter billing to date in preparation for Plaintiff's Motion for Attorenys Fees. | 4-Aug-15 | 0.2 | - | - | $40.00 | - |
| Longendyke, Amanda | Legal research for Plaintiff's Motion for Attorney's Fees. | 4-Aug-15 | 3 | - | - | $600.00 | - |
| Longendyke, Amanda | Received Minute Entry for Evidentiary Hearing. | 4-Aug-15 | 0.1 | - | - | $20.00 | - |
| Longendyke, Amanda | Scanned and saved all notes prepared in preparation of conference; Review and update file notes. | 3-Aug-15 | 0.3 | 0.3 | $60.00 | - | - |
| Longendyke, Amanda | Appeared for Evidentiary Hearing [billed time includes travel to and from, as well as downtime at Court prior to hearing]. | 3-Aug-15 | 2 | - | - | $400.00 | - |
| Schwartz, Carl | Appeared for Evidentiary Hearing [billed time includes travel to and from, as well as downtime at Court prior to hearing]. | 3-Aug-15 | 2 | 2 | $500.00 | - | - |
| Longendyke, Amanda | Prepared billable hours sheet and costs exhibit for Evidentiary Hearing. | 31-Jul-15 | 0.7 | 0.7 | $140.00 | - | - |
| | Sum Applicable to Supplemental Attorney Fees | | 122.4 | 80.10 | 18,770.00 | 3,115.00 | - |

2:14-cv-14280-DPH-DRG   Doc # 102-5   Filed 06/12/17   Pg 1 of 2   Pg ID 521

**Green v Nationwide Arbitration Services, LLC, et. al.**
**Case Number: 2:14-cv-14280**
**Lyngklip & Associates Billing Records - CLIO - March 8, 2017 - June 8, 2017**

| Date | User | Description | Actual Hrs | Billable Hrs | Rate | Non-Billable | Billable |
|------|------|-------------|-----------|-------------|------|--------------|----------|
| 3/16/2017 | Sylvia Bolos | Received and Reviewed MC14 Garnishee Disclosures for assets of Defendants Gray and Marcucci. | 0.5 | 0.25 | 250.00 | 62.50 | 62.50 |
| 3/16/2017 | Sylvia Bolos | Reviewed a letter from Defendant Matthew Marcucci which was mailed to the Court and filed as Docket 88. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 3/17/2017 | Sylvia Bolos | Phone calls and emails exchanged with Eddrey Butts (case manager to Judge Grand) regarding a status conference call per the Judge and scheduling of that call. | 0.2 | 0.1 | 250.00 | 25.00 | 25.00 |
| 3/20/2017 | Laura Branco | Research on Matthew Marcucci LinkedIn  research with information form Experian credit report to look up addresses names and telephone numbers. Draft tracker table and forward for attorney Bolos. Prepared collection binder. | 1.5 | 1.5 | 125.00 | - | 187.50 |
| 3/20/2017 | Sylvia Bolos | Phone Conference with Judge Grand and Defendant Matthew Marcucci in response to Mr. Marcucci's request for an adjournment of the scheduled Show Cause Hearing. | 0.2 | 0.2 | 250.00 | - | 50.00 |
| 3/20/2017 | Sylvia Bolos | Phone call with Defendant Matthew Marcucci to determine what he knows about co-defendants in an effort to secure collection progress against them. | 0.4 | 0.4 | 250.00 | - | 100.00 |
| 3/27/2017 | Laura Branco | Download ECF docket 93 with all certificates of service  docket hearing date on attorney and paralegal calendars  and download and save docket 94. | 0.2 | 0.1 | 125.00 | 12.50 | 12.50 |
| 3/29/2017 | Ian Lyngklip | Call to Mr. Marcucci for scheduled conference call. No answer.  Leave message. | 0.1 | 0 | 450.00 | 45.00 | - |
| 3/30/2017 | Sylvia Bolos | Email to Attorney Giove notifying him that the Show Cause Hearing was rescheduled. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 3/30/2017 | Sylvia Bolos | Emailed Court Notice of rescheduled Show Cause hearing to Defendant Matthew Marcucci. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 3/30/2017 | Sylvia Bolos | Emailed Defendant Matthew Marcucci regarding our scheduled phone call for 10am on 3/29/17 that he did not make himself available for  advising that we left a message on his voicemail box and requesting a call back. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 3/30/2017 | Sylvia Bolos | Email exchanges with Defendant Matthew Marcucci regarding the call he did not make himself available for and arrangements to reschedule the call to a later date. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 3/30/2017 | Sylvia Bolos | Received and reviewed writ of garnishment responses from Citizens Bank  First National  State Farm Bank and Third Federal. | 0.3 | 0.3 | 250.00 | - | 75.00 |
| 3/31/2017 | Laura Branco | Research where to serve writ of garnishment on Barclay Bank Delaware and Northwest Bank. Called both banks  notes on clio  research proper method of serving a bank  created certified mailer  Integrated packet into paperless file and entered expense in Clio. | 1.5 | 0.75 | 125.00 | 93.75 | 93.75 |
| 3/31/2017 | Laura Branco | Certified mail to Northwest Bank with writ for garnishment. | 0 | 0 | 6.77 | - | - |
| 3/31/2017 | Laura Branco | Certified mail to Barclay Bank Delaware with writ for garnishment. | 0 | 0 | 6.77 | - | - |
| 4/3/2017 | Sylvia Bolos | Prepared for service Writs of Garnishment to Fifth Third Bank and Discover Financial Services for assets of Defendant Mark Gray. | 0.3 | 0.3 | 250.00 | - | 75.00 |
| 4/4/2017 | Laura Branco | Research DFS's legal department contact information. Phone call to Discover Financial Services legal department.Note on Clio.  Second call to legal department  note on Clio. Research MCR 3.101 and MCR 2.105. Prepare certified mailer to registered agent. | 0.6 | 0.3 | 125.00 | 37.50 | 37.50 |
| 4/4/2017 | Sylvia Bolos | Drafted Status Report to update Court on status of communications to date with Defendant Matthew Marcucci. | 0.5 | 0.5 | 250.00 | - | 125.00 |
| 4/4/2017 | Sylvia Bolos | Phone call with Defendant Marcucci discussing his failure to appear to two previously scheduled conference calls and how to remedy that issue moving forward. | 0.2 | 0.2 | 250.00 | - | 50.00 |
| 4/4/2017 | Sylvia Bolos | Emailed Defendant Marcucci to memorialize our phone call and to provide him guidance with what documents are needed and by when in his assistance to us in collection on judgment. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 4/10/2017 | Sylvia Bolos | Reviewed Garnishee Disclosure from Fifth Third Bank and recorded funds garnished to ledger. | 0.2 | 0.2 | 250.00 | - | 50.00 |

2:14-cv-14280-DPH-DRG   Doc # 102-5   Filed 06/12/17   Pg 2 of 2   Pg ID 522

| Date | Name | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 4/10/2017 | Sylvia Bolos | Revised and issued Subpoena and RTP to Fifth Third Bank regarding Mark Grays assets and sent a redacted copy to Defendants per certificate of service. | 0.4 | 0.2 | 250.00 | 50.00 | 50.00 |
| 4/10/2017 | Sylvia Bolos | Drafted and mailed client letter regarding subpoena to Fifth Third and the banks garnishee disclosure. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 4/11/2017 | Sylvia Bolos | Received and reviewed MC14 Garnishee Disclosure from Northwest Savings Bank for the assets of Defendant Marcucci. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 4/11/2017 | Sylvia Bolos | Emailed Defendant Matthew Marcucci for update on collection information | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 4/11/2017 | Sylvia Bolos | Emailed On the Lookout Investigations  LLC to request a quote for the banking search of Defendant Gray and his corporation. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 4/11/2017 | Sylvia Bolos | Conferred with Attorney Lyngklip regarding collection progress to date  whether asset search should be requested from a private investigator  progress with Fifth Third discovery and possibly securing discovery from the IRS. | 0.2 | 0.1 | 250.00 | 25.00 | 25.00 |
| 4/12/2017 | Laura Branco | Phone call with Fifth Third representative  requesting for us to mail original. Note in Clio. Made a copy for file and prepared mailer and placed in out-bound mail. | 0.1 | 0.1 | 125.00 | - | 12.50 |
| 4/13/2017 | Sylvia Bolos | Reviewed Defendant Marcucci's information about businesses he alleged were owned by Defendant Gray and his affiliates and researched the addresses  type of businesses  New York liquor licencing registry  leaseholders  and the individuals/entities named on the liquor license. | 1.5 | 1.5 | 250.00 | - | 375.00 |
| 4/13/2017 | Sylvia Bolos | Researching execution of writs of garnishments to banks in other states | 1 | 0.5 | 250.00 | 125.00 | 125.00 |
| 4/14/2017 | Sylvia Bolos | Email to Mr. Marcucci asking him for the leaseholder/landlord information of two NY properties that he provided information about in satisfaction of judgment and also information on any accountants that would know about the operation of co-defendants. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 4/14/2017 | Sylvia Bolos | Research execution of foreign judgment in other states - money judgment with respect to financial institutions and whether the judgment must be registered in that state or if the full and fair credit clause requires that they answer the EDMI writ of garnishment. | 1.5 | 0.75 | 250.00 | 187.50 | 187.50 |
| 4/24/2017 | Laura Branco | Background research for parcel identification/ ownership of Jack Devine's. Email findings to attorney Bolos. | 0.3 | 0.3 | 125.00 | - | 37.50 |
| 4/26/2017 | Sylvia Bolos | Emailed Mr. Marcucci reminding him to email the documents that he holds. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 4/27/2017 | Sylvia Bolos | Drafted subpoena to First National Bank for the accounts of Mark Gray. | 1 | 0.5 | 250.00 | 125.00 | 125.00 |
| 4/27/2017 | Laura Branco | Prepare mailers for opposing counsel and parties re: copy of First National Bank Subpoena. Docket sending date. | 0.2 | 0.1 | 125.00 | 12.50 | 12.50 |
| 5/1/2017 | Sylvia Bolos | Emailed Defendant Marcucci regarding documents he suggested he would provide but had yet to do so. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 5/8/2017 | Sylvia Bolos | Emailed Mr. Marcucci again seeking documents he promised to produce. | 0.1 | 0.1 | 250.00 | - | 25.00 |
| 5/12/2017 | Sylvia Bolos | Drafted Status Report for the Court outlining Mr. Marcucci's status in cooperation since the last telephonic conference and before the upcoming Show Cause Hearing. | 2 | 2 | 250.00 | - | 500.00 |
| 6/7/2017 | Sylvia Bolos | Received  reviewed and filed a response to Mr. Marcucci's letter to the court requesting a second day extension of the Show Cause Hearing. | 1 | 1 | 250.00 | - | 250.00 |
| | | **Net** | **17.30** | **13.55** | | **801.25** | **2,993.75** |

Date: 06/12/2017                    2:14-cv-14280-DPH-DRG    Doc # 128-4 Filed 06/12/17    Pg 1 of 1    Pg ID 523                    Page: 1

**Detail Transaction File List**

CLIENT DETAIL BILLED TRANSACTIONS BY STM TRANSCODE

O'TOOLE, MCLAUGHLIN, DOOLEY & PECORA CO., LPA

| | Trans Date | Stmt Date | Tmkr | H P | B C | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client ID 28245.001 LYNGKLIP & ASSOCIATES, CONSUMERS LAW CENTER, PLC** | | | | | | | | | | |
| | 02/15/2017 | mm/dd/yyyy | ARP | P | | 275.00 | 0.20 | 55.00 | Correspondence to Hamilton County Clerk of Court to register judgment. | 1 |
| | 02/01/2017 | mm/dd/yyyy | ARP | P | | 275.00 | 0.20 | 55.00 | Correspondence to US District Court-Ohio requesting certification of judgment. | 2 |
| | 01/10/2017 | mm/dd/yyyy | ARP | P | | 275.00 | 0.50 | 137.50 | Research on filing foreign judgment; contact USDC-Ohio and Hamilton County Clerk of Courts. | 3 |
| | 01/11/2017 | mm/dd/yyyy | ARP | P | | 275.00 | 0.50 | 137.50 | Preparation and filing with ECF system to obtain a Misc number for new filing of foreign judgment. | 4 |
| | **Subtotal for Fees** | | | | | Billable | 1.40 | 385.00 | | |
| | 02/15/2017 | mm/dd/yyyy | ARP | P | | | | 16.00 | Filing fee Hamilton County Clerk of Courts - Certified Judgment | 1 |
| | 01/31/2017 | mm/dd/yyyy | ARP | P | | | | 11.50 | Filing fee Clerk, US District Court - Certified Copy of Registered Judgment | 2 |
| | **Subtotal for Advances** | | | | | Billable | 0.00 | 27.50 | | |
| Subtotal for Statement Date mm/dd/yyyy | | | | | | Billable | 1.40 | 412.50 | | |
| **Total for Client ID 28245.001** | | | | | | Billable | 1.40 | 412.50 | LYNGKLIP & ASSOCIATES, CONSUMERS LAW CENTER LIEN | |

| **GRAND TOTALS** |
|---|

| | | | | | | Billable | 1.40 | 412.50 | |
|---|---|---|---|---|---|---|---|---|---|