UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

CYNTHIA GREEN,

    Plaintiff,

 -vs-

NATIONWIDE ARBITRATION
SERVICES, LLC, *et. al.*

    Defendants.

Case No. 2:14-CV-14280
Hon. Denise Page Hood
Magistrate Judge: David R. Grand

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff dismisses her claims against (1) Matthew Marcucci and (2) Nationwide Arbitration Services, LLC with prejudice and without costs, sanctions, or attorney's fees.

Respectfully Submitted,

By: s/ Sylvia S. Bolos
Sylvia S. Bolos P78715
LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC
Attorney for Cynthia Green
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864

SylviaB@MichiganConsumerLaw.Com

Dated: February 9, 2018

## Certificate of Service

I certify that on February 9, 2018, I served this document on the following parties by the means indicated:

| **Party** | **Manner** |
|---|---|
| Matthew Marcucci<br>51 Dingens St.<br>Buffalo, NY 14206 | First Class US Mail and electronic mail: matthew.marcucci@yahoo.com |
| Nationwide Arbitration Services, LLC<br>c/o Matthew Marcucci<br>51 Dingens St.<br>Buffalo, NY 14206 | First Class US Mail and electronic mail: matthew.marcucci@yahoo.com |

Respectfully Submitted,

By:   s/ Sylvia S. Bolos
Sylvia S. Bolos P78715
LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC
Attorney for Cynthia Green
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
SylviaB@MichiganConsumerLaw.Com

Dated: February 9, 2018